**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. C07-4087MWB** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| MICHAEL ALAN REED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT Plaintiff United States of America recover from Defendant Michael Alan Reed the amount of seven hundred twenty-six thousand, eight hundred twenty-six dollars and thirty-seven cents ($726,826.37) for those income tax liabilities, associated penalties and interest plus statutory additions accruing from August 12, 2008.

AND THAT Defendant Michael Alan Reed's federal tax liens be foreclosed on the following real and personal property: (1) The real property legally described as The West 425 feet of the North 400 feet of the Southeast Quarter of Section 34, Township 100 North, Range 36 West of the 5th P.M., Dickinson County Iowa ("the 255[th] Avenue Property"); (2) The real property legally described as Sec/twp/mg/1870-6-8-Legal W 30' of Lot 8 blk 6 Osborne's Addn. To Spirit Lake, City of Spirit Lake, Dickinson County, Iowa ("the 19[th] Street Property"); (3) 1947 red Indian Chief motorcycle (VIN: ending in 5320); (4) 1974 red and white GMC truck (VIN: ending in 0221); (5) 2002 black/red Indian Chief motorcycle (VIN: ending in 6180); (6) 2001 blue Ford pick-up (VIN: ending in 6253); (7) 1991 red Harley-Davidson motorcycle (VIN: ending in 2735); (8) 2004 silver Toyota Sequoia (VIN: ending in 7851); and (9) 1971 white Fan motorhome (VIN: ending in 6900); and the sale of that real and personal property.

DATED: March 23, 2009.

APPROVED BY:

_MWB_____

**MARK W BENNETT**
**U.S. District Court Judge**

Robert L Phelps - Clerk

BY: s/kfs
Deputy Clerk